BECKWITH HAVENS, Appellant, *v.* ROCHESTER ROPES, INC., Respondent.

Argued May 17, 1944; decided June 8, 1944.

*Neilson Olcott, John H. Jackson, John D. Graves* and *David F. Edwards* for appellant.

*Hugh G. Bergen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.